# 10th CIR. FORM 2. ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES UNDER 10th Cir. R. 46.1

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| Center for Biological Diversity <br><br> v. <br><br> US EPA et al., | Case No.22-9546 |

**INSTRUCTIONS:** WITHIN THE TIME PROSCRIBED IN THE COURT'S CASE OPENING LETTER FOR THE APPEAL OR OTHER PROCEEDING COUNSEL FOR A PARTY MUST EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for

___Center for Biological Diversity_____
 [Party or Parties]

____Petitioner_____, in the subject case(s).
 [Appellant/Petitioner or Appellee/Respondent]

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

      On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

X    There are no such parties, or any such parties have already been disclosed to the court.

Robert Ukeiley
Name of Counsel                                    Name of Counsel

/s/ Robert Ukeiley
Signature of Counsel                               Signature of Counsel

1536 Wynkoop St., Ste. 421, Denver, CO 80202
(720) 496-8568

Mailing Address and Telephone Number              Mailing Address and Telephone Number

rukeiley@biologicaldiversity.org
E-Mail Address                                     E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on (please insert date) _7/25/22_____ via (state method of service) __first class mail _____

to ____Assistant Attorney General Todd Kim _____

(*See* Fed. R. App. P. 25(b))                    (Signature) __/s/ Robert Ukeiley_____