FILED
United States Court of Appeals
Tenth Circuit

September 18, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

CENTER FOR BIOLOGICAL DIVERSITY,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

    Respondents.

------------------------------

AMERICAN PETROLEUM INSTITUTE; COLORADO OIL AND GAS ASSOCIATION,

    Amici Curiae.

No. 22-9546
(EPA No. EPA-R08-OAR-2020-0644)
(Environmental Protection Agency)

_____

## JUDGMENT

_____

Before **TYMKOVICH**, **MORITZ**, and **ROSSMAN**, Circuit Judges.

_____

    This petition for review originated from the EPA and was argued by counsel.

    It is the judgment of this Court that the rules and regulations of the EPA are

granted in part and denied in part. The case is remanded for reconsideration in

accordance with the opinion of this Court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk